UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TENNESSEE ex rel. GARY ODOM and ROSS LUMPKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHEAST EYE SPECIALISTS, PLLC, SOUTHEAST EYE SURGERY CENTER, LLC and EYE SURGERY CENTER OF CHATTANOOGA, LLC,<br><br>    Defendant. | Case No. 3:17-cv-0689<br><br>Chief Judge Crenshaw<br>Magistrate Judge Newbern |

## ORDER

On December 23, 2019, Defendants SouthEast Specialists, PLLC, SouthEast Eye Surgery Center, LLC, and Eye Surgery Center of Chattanooga, LLC filed a motion to dismiss. (Doc. No. 54.) Pursuant to Local Rule 7.01(a)(3), any response is to be filed within 14 days after service of the motion. M.D. Tenn. R. 7.01(a)(3) (response). A reply memorandum not to exceed five pages may be filed within 7 days after service of the response. *Id.* § 7.01(a)(4) (reply).

Any filings made related to the motion to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Judge Crenshaw unless referred to the undersigned magistrate judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge