IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TENNESSEE ex rel. GARY ODOM and ROSS LUMPKIN, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST EYE SPECIALISTS, PLLC, SOUTHEAST EYE SURGERY CENTER, LLC, EYE SURGERY CENTER OF CHATTANOOGA, LLC, DARYL F. MANN, and JOHN R. BIERLY, <br><br> Defendants. | Civil Case No. 3:17-cv-689 <br> Chief Judge Waverly D. Crenshaw, Jr. |

**SEES DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT WITH RESPECT TO MOTION TO DISMISS**

Defendants SouthEast Eye Specialists, PLLC ("SEES"), SouthEast Eye Surgery Center, LLC, and Eye Surgery Center of Chattanooga, LLC (collectively, the "SEES Defendants") file this motion seeking to exceed the page limit in connection with the SEES Defendants' memorandum in support of the SEES Defendants' anticipated motion to dismiss. The SEES Defendants seek an extension of five (5) additional pages in order to file a memorandum of not more than thirty (30) pages. As grounds for this motion, the SEES Defendants state as follows:

1. Relators filed their First Amended Complaint on May 6, 2021. Relators' First Amended Complaint includes 64 pages and 241 paragraphs of allegations.

2. The SEES Defendants request an additional five pages to allow for adequate discussion of the grounds for dismissal asserted in the SEES Defendants' anticipated motion to dismiss.

3. The SEES Defendants have conferred with Relators and Relators do not oppose the relief requested in this motion.

In light of the foregoing, the SEES Defendants respectfully request an extension of the page limit and permission to file a memorandum of not more than thirty (30) pages in support of their anticipated motion to dismiss.

Dated this 24th day of June 2021.

Respectfully submitted:

BASS BERRY & SIMS PLC

/s/ Matthew M. Curley
Matthew M. Curley
Molly K. Ruberg
Scott D. Gallisdorfer
150 Third Avenue South, Suite 2800
Nashville, TN 37201-3001
Telephone: (615) 742-6200
mcurley@bassberry.com
mruberg@bassberry.com
scott.gallisdorfer@bassberry.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Alan E. Schabes (*admitted PHV*)
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4589
aschabes@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Juan Morado, Jr. (*admitted PHV*)
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: (312) 212-4967
jmorado@beneschlaw.com

*Attorneys for Defendants SouthEast Eye Specialists, PLLC, SouthEast Eye Surgery Center, LLC, and Eye Surgery Center of Chattanooga, LLC*

# CERTIFICATE OF SERVICE

       I hereby certify that on June 24 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following, and/or served the foregoing via U.S. Mail and electronic mail upon:

Ellen Bowden McIntyre
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF TENNESSEE
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
ellen.bowden2@usdoj.gov

Philip H. Bangle
TENNESSEE ATTORNEY GENERAL'S OFFICE
PO Box 20207
Nashville, Tennessee 37202-0207
Philip.Bangle@ag.tn.gov

William Michael Hamilton
PROVOST, UMPHREY LAW FIRM, LLP
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
mhamilton@pulf.com

Amy L. Easton
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, N.W.
Washington, District of Columbia 20036
aeaston@phillipsandcohen.com

Jeffrey W. Dickstein
PHILLIPS & COHEN LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 2790
Miami, Florida 33131
jdickstein@phillipsandcohen.com

                                            /s/ Matthew M. Curley