UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHEAST EYE SPECIALISTS, PLLC, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00689<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Mediator Hon. Janice M. Symchych has filed a report stating that the parties have reached a settlement "in principle . . . conditioned upon and subject to further approvals." (Doc. No. 226.) The parties are ORDERED to make the necessary filings to terminate this action or file a joint report on the finalizing of their settlement agreement by January 9, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge