| | |
|---|---|
| UNITED STATES OF AMERICA and the State of TENNESSEE *ex rel.* GARY ODOM and ROSS LUMPKIN,<br><br>      Plaintiffs,<br>v.<br><br>SOUTHEAST EYE SPECIALISTS, PLLC, *et al.*,<br><br>      Defendants. | Civil Action No. 3:17-cv-00689<br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal (Doc. No. 240), this case is **DISMISSED WITH PREJUDICE.**

The Court retains jurisdiction over this action with respect to any disputes that may arise regarding the Settlement Agreement.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE